UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

DARNELL FEAGINS,

           Defendant.

**INDICTMENT**

20 Cr.

20 CRIM 218

- - - - - - - - - - - - - - - - - x

**COUNT ONE**

(Possession of Child Pornography)

1. From at least in or about December 2017 up to and including on or about May 2, 2018, in the Southern District of New York and elsewhere, DARNELL FEAGINS, the defendant, having been convicted of an offense under the laws of New York State relating to aggravated sexual abuse, sexual abuse, and abusive sexual conduct involving a minor and ward, knowingly did possess and access with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce

by any means, including by computer, to wit, FEAGINS possessed images of child pornography, including images of prepubescent minors who had not attained 12 years of age, on an electronic device in the Bronx, New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2) and 2.)

## FORFEITURE ALLEGATION

2. As a result of committing the offense alleged in Count One of this Indictment, DARNELL FEAGINS, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from said offense and any and all property, real or personal, used or intended to be used to commit or promote the commission of said offense or traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Asset Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 18, United States Code, Section 2253;
    Title 21, United States Code, Section 853; and
    Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DARNELL FEAGINS,

Defendant.

INDICTMENT

20 Cr.

(18 U.S.C. §§ 2252A(a)(5)(B), (b)(2) and 2.)

GEOFFREY S. BERMAN
United States Attorney

A TRUE BILL

*/s/ Tracy [illegible]*
Foreperson

*Filed Indictment
Case assigned to Judge Pauley*

*KL
3/19/2020*

*Stewart D. A[illegible]
US MJ*