**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 29, 2020

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. Darnell Feagins</u>
              20 CR 218 (WHP)

Dear Judge Pauley:

      With the consent of the Government, I write to request a brief adjournment of the pretrial conference scheduled for November 6, 2020, via teleconference. This adjournment is requested so that the pretrial conference can be conducted by video at a later date. I anticipate making a bail application at the pretrial conference and would request Mr. Feagins's participation by video. I am available for a pretrial status conference by video the week of November 9 and 16. As noted above, the Government does not oppose the requested adjournment.

      Mr. Feagins consents to the exclusion of time until the date of the new conference.

      Respectfully submitted,

      ___/s/_____
      Zawadi Baharanyi
      Assistant Federal Defender
      917-612-2753

cc:    Cecilia Vogel
       Assistant United States Attorney

Application granted.  Conference adjourned to November 13, 2020 at 11:00 a.m. for a video conference.  Time excluded in the interest of justice until November 13, 2020. The general public can dial in to 855-268-7844, passcode 320191812, PIN 9921299.

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

November 4, 2020