# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Southern District
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 4, 2021

By ECF

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application granted. Conference adjourned to March 26, 2021 at 9:00 a.m. Time excluded until March 26, 2021 in the interests of justice.
>
> SO ORDERED:
>
> *(signature)*
> WILLIAM H. PAULEY III
> U.S.D.J.
>
> January 5, 2021

Re: **United States v. Darnell Feagins**
    **20-CR-218 (WHP)**

Dear Judge Pauley:

With the consent of the Government by AUSA Cecilia Vogel, I write to respectfully request that the Court adjourn the status conference scheduled for January 15, 2021, for approximately 60 days. This additional time is requested as the defense prepares a mitigation submission to aid in ongoing plea negotiations. The Government requests the exclusion of time under the Speedy Trial Act, 18 U.S.C. §3161, from January 15 until the new status conference. The defense consents to the exclusion of time.

Respectfully submitted,

___/s/_____
Zawadi Baharanyi
Assistant Federal Defender
212-417-8735

cc:   Cecilia Vogel
      Assistant United States Attorney
      (by ECF)