# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 21, 2021

By ECF

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Darnell Feagins**
      **20-CR-218 (WHP)**

Dear Judge Pauley:

> Application granted. Conference adjourned to July 29, 2021 at 11:00 a.m. Time excluded in the interest of justice until July 29, 2021.
>
> SO ORDERED:
>
> _____
> WILLIAM H. PAULEY III
> U.S.D.J.
>
> June 22, 2021

With the consent of the Government by AUSA Cecilia Vogel, I write to respectfully request that the Court adjourn the status conference scheduled for June 23, 2021, for approximately 30 days. The additional time is requested so that the parties and Mr. Feagins may continue discussing a plea offer extended by the Government. The parties are available the week of July 19, *except* July 20 at 2:00 p.m. (sentencing hearing scheduled), July 21 at 2:00 p.m. (sentencing hearing scheduled), July 22 in the afternoon (defense on duty). The Government requests the exclusion of time under the Speedy Trial Act, 18 U.S.C. §3161, from January 15 until the new status conference. The defense consents to the exclusion of time.

Respectfully submitted,

___/s/_____
Zawadi Baharanyi
Assistant Federal Defender
212-417-8735

cc:   Cecilia Vogel
      Assistant United States Attorney
      (by ECF)