**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 26, 2021

**BY ECF**

The Honorable Judge Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/29/21

    **RE:**    **United States v. Darnell Feagins**
              **20 Cr. 218 (ALC)**

Honorable Judge Carter:

    I write to respectfully request a conference to address the issue of substitution of counsel. There has been an irreversible break down in the attorney-client relationship and I therefore request that new CJA counsel be appointed to represent Mr. Feagins. I have spoken with the Government and both parties are next available on August 2 (after 12:00 p.m.).

    Thank you for your consideration of this request.

                                               Respectfully submitted,

                                               /s/ Zawadi Baharanyi
                                               Zawadi Baharanyi
                                               Assistant Federal Defender
                                               (212) 417-8735/ (917) 612-2753

cc:    Cecilia Vogel, Assistant U.S. Attorney

> Telephone status conference set for 8/6/21 at 10:30 a.m. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.
> So Ordered.
>
> /s/ Andrew L. Carter
> 7/29/21