

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 30, 2021

**BY ECF**
Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:   7/30/21

    Re:    *United States* v. *Darnell Feagins*, No. 20 Cr. 218 (ALC)

Dear Judge Carter:

    Judge Pauley had previously excluded time in the above-captioned case under the Speedy Trial Act until July 29, 2021. The Court has now scheduled a conference for the substitution of counsel for August 6, 2021. The Government therefore respectfully requests that the Court exclude time under the Speedy Trial Act from today until August 6, 2021 pursuant to 18 U.S.C. § 3161(h)(7). The ends of justice served by a continuance until that date outweigh the best interest of the public and the defendant in a speedy trial because the continuance will permit the defendant to obtain new counsel. The defendant consents to this request.

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney

By: _____
        Cecilia E. Vogel
        assistant United States Attorney
        (212) 637-1084

cc: Defense counsel (by ECF)

The application is **GRANTED.** Time excluded.
So Ordered.

7/30/21