USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _8-6-21_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                    20 Cr. 218 (ALC)

                                                    **ORDER**

              -against-

Darnell Feagins,

                        Defendants.,
-------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

      At the August 6, 2021 telephone conference, the parties requested an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 until September 14, 2021 to allow newly-appointed defense counsel to better prepare for trial.

      The Court finds that the interests of justice are served by such an exclusion to allow newly-appointed defense counsel to  better prepare for trial and, that those interests outweigh the interests of the defendant and the public in a speedy trial.

      Accordingly, it is ORDERED: the time from August 6, 2021 through September 14, 2021 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).


SO ORDERED.

Dated: New York, New York
              August 6, 2021

                                        _____
                                        ANDREW L. CARTER, JR.
                                        UNITED STATES DISTRICT JUDGE