**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 8-6-21

------------------------------------------x
                              :

UNITED STATES OF AMERICA          :

        -against-                 :                   **ORDER**

                              :

                              :          **20-CR-218**

**Darnell Feagins**                     :          Docket #
------------------------------------------x

**Andrew L. Carter, Jr.**_____, **DISTRICT JUDGE**:
           Judge's Name

The C.J.A. attorney assigned to receive cases on this day,
**Stephanie Marie Carvlin**_____ is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC _____.

SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**

8/6/21
**Dated:** **New York, New York**