MEMO ENDORSED

**LAW OFFICE OF**

**STEPHANIE M. CARVLIN, ESQ.**

140 Broadway, Suite 4610
New York, New York  10005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___10/7/21_____

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-608-9499
E-MAIL: CARVLIN@HOTMAIL.COM

September 14, 2021

Honorable Andrew L. Carter
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY   10007

Re:     United States v. Darnell Feagins
          20-cr-218 (ALC)

Dear Judge Carter:

As directed by the Court, I submit this letter in consultation with the government to provide information about the status of my efforts to review the discovery in this case and complete the other tasks necessary to take over Mr. Feagins' representation from prior counsel.

Since my assignment as substitute counsel on August 6, 2021, I have received the discovery from prior counsel. I have begun to review it. While the discovery is not voluminous, the government has turned over a significant number of documents (approximately 9,000 pages of individually Bates-stamped items, many of which are spreadsheets or other multiple-page documents). Additionally, the instant charges are based in part on conduct the government alleges occurred as far back as 2018 and as recently as mid-2020. The origins of the case go back even further to events that occurred in 2011. To evaluate the government's proof, I need to understand the facts surrounding Mr. Feagins' initial prosecution by New York State in 2012, his subsequent prosecution on Federal charges in Georgia, as well as what occurred that gave rise to charges (and ultimately a plea) that Mr. Feagins violated the terms of his release to federal supervision. This is time-consuming.

Mr. Feagins wants to be closely involved in his defense, including reviewing the discovery in his case. Given the nature of the charges, and the

frequent lockdowns at the MDC, this has been difficult. To facilitate his ability to review his discovery, I will to provide Mr. Feagins with hard copies of many of the documents that his prior counsel provided Mr. Feagins in electronic form. I have already copied and sent some of the key material that I believe will help Mr. Feagins evaluate how best to proceed. I will continue this process.

In light of these issues, I ask that the Court permit the parties to file another letter by October 24, 2021,[1] about the status of my progress. That will give me time to complete my review of the material and to go over it with Mr. Feagins. By would then expect to be in a position to set a motion schedule and a trial date.

I have consulted with the Assistant United States Attorney who is representing the government in this case, Cecilia Vogel, and the government has no objection.

Finally, I consent on Mr. Feagins' behalf to the exclusion of the time under the Speedy Trial Act. I believe the exclusion would be appropriate under 18 U.S.C. §3161. The ends of justice served by permitting me this time to learn the case and to consult with Mr. Feagins outweigh the best interest of the public and Mr. Feagins in a speedy trial.

Respectfully submitted,

_____/s_____
Stephanie Carvlin

cc: Cecilia E. Vogel (via ECF)

The application is **GRANTED.**  Joint status report due 10/24/21.  Time excluded from 9/14/21 to 10/24/21.
So Ordered.

9/14/21

---

[1] I have briefs due in the Second Circuit on October 13 and 20, 2021.