# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-608-9499
E-MAIL: CARVLIN@HOTMAIL.COM

October 22, 2021

Honorable Andrew L. Carter
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY   10007

*11-2-21*

Re:   United States v. Darnell Feagins
      20-cr-218 (ALC)

Dear Judge Carter:

I submit this letter in consultation with the government to provide updated information about the status of my efforts to take over Mr. Feagins' representation from prior counsel.

Since my letter to the Court on September 14, 2021, I have reviewed the discovery in this case sufficiently to be able to discuss it with Mr. Feagins and provide my advice about how to proceed. Unfortunately, Mr. Feagins' unit at the MDC has been quarantined since approximately October 14, 2021. This prevents me from meeting with him. It is my understanding that staff at the MDC has advised the government that quarantines there last between 14 and 21 days. As a result, it is likely that I will not be able to meet with Mr. Feagins for at least another week and possibly longer.

Given my inability to discuss Mr. Feagins' case with him, I ask that the Court permit the parties to file another status-update letter on or before November 19, 2021. By that time, I should have been able to meet with Mr. Feagins. I would then be in a position to advise the Court on how Mr. Feagins wishes to proceed.

I have consulted with the Assistant United States Attorney who is representing the government in this case, Cecilia Vogel, and the government has no objection.

Finally, I consent on Mr. Feagins' behalf to the exclusion of time under the Speedy Trial Act until November 19, 2021. I believe the exclusion would be appropriate under 18 U.S.C. §3161. The ends of justice served by permitting me this time to consult with and advise Mr. Feagins outweighs the best interest of the public and Mr. Feagins in a speedy trial.

Respectfully submitted,

_____/s/_____
Stephanie Carvlin

cc: Cecilia E. Vogel (via ECF)

The application is ✓ granted.
\_\_ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: November 2, 2021
NY, New York