Case 1:20-cr-00218-ALC Document 29 Filed 12/20/21 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-20-21

**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 17, 2021

**BY ECF**
Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: *United States* v. *Darnell Feagins*, No. 20 Cr. 218 (ALC)

Dear Judge Carter:

      The parties have scheduled a change of plea before the Court for January 13, 2022. The Government therefore respectfully requests that the Court exclude time under the Speedy Trial Act from today until January 13, 2022 pursuant to 18 U.S.C. § 3161(h)(7). The ends of justice served by a continuance until that date outweigh the best interest of the public and the defendant in a speedy trial because the continuance will permit the defendant to consult with his counsel to prepare for the plea. The defendant consents to this request.

*The application is granted. The Change of Plea Hearing is scheduled for 1/13/22 at 12 p.m. Time excluded from 12/17/21 to 1/13/22 in the interest of justice.*
*So Ordered.*
*[signed] Andrew L. Carter*
*12-20-21*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _[signed] Cecilia Vogel_____
Cecilia E. Vogel
assistant United States Attorney
(212) 637-1084

cc: Defense counsel (by ECF)