**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/11/22__

# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.

140 Broadway, Suite 4610
New York, New York 10005

STEPHANIE M. CARVLIN, ESQ.                TELEPHONE: 212-748-1636
                                          FAX: 212-608-9499
                                          E-MAIL: CARVLIN@HOTMAIL.COM

January 7, 2022

Honorable Andrew L. Carter
United States District Court
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>United States v. Darnell Feagins</u>
           20-cr-218 (ALC)

Dear Judge Carter:

    I write to request that the Court move the date for Mr. Feagins' plea hearing, now scheduled for January 13, 2022, to the third week of February. Today I consulted with Mr. Feagins by telephone, and he advised me that he wants to enter his plea in person. Additionally, he tells me that he needs to discuss the plea agreement with me in person. Because the MDC is closed to visits, I cannot see him now. From January 19, through the first week of February 2022, I will be unavailable. I therefore ask that the Court adjourn the plea hearing until the third week of February 2022, with the hope that the MDC will open to attorney visits well before then. The additional time will give me an opportunity to review the plea agreement with Mr. Feagins face-to-face.

    I have spoken with the Assistant United States Attorney who is representing the government in this case, Cecilia Vogel, and the government has no objection to this request.

    Finally, I consent on Mr. Feagins' behalf to the exclusion of time under the Speedy Trial Act until the date of the plea hearing. I believe the exclusion would be appropriate under 18 U.S.C. §3161. The ends of justice served by permitting me this time to consult with and advise Mr. Feagins about the plea outweighs the best interest of the public and Mr. Feagins in a speedy trial.

Respectfully submitted,

_____/s/_____
Stephanie Carvlin

cc: Cecilia E. Vogel (via ECF)

The application is **GRANTED.** The change of plea hearing is adjourned to 2/17/22 at 12:00 p.m. Time excluded from 1/13/22 to 2/17/22 in the interest of justice.
So Ordered.

*Andrew L. Carter*  1/11/22