MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/25/22__

# LAW OFFICE OF

## STEPHANIE M. CARVLIN, ESQ.

140 Broadway, Suite 4610
New York, New York 10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-608-9499
E-MAIL: CARVLIN@HOTMAIL.COM

January 21, 2022

Honorable Andrew L. Carter
United States District Court
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

    Re: United States v. Darnell Feagins
        20-cr-218 (ALC)

Dear Judge Carter:

    I am counsel for Darnell Feagins in this case pending before the Court. Mr. Feagins has advised me that he would like me to ask the Court to remove me as his counsel and to appoint substitute counsel under the Criminal Justice Act Plan. I join in this request.

    Mr. Feagins has expressed to me and demonstrated that he lacks confidence in my ability to represent him. He does not believe that I am operating in his best interest. While I understand that I am Mr. Feagins' second counsel on these charges, I believe that in these circumstances the Court should assign alternate counsel. He faces a very significant decision and needs to have counsel he trust to advise him.

    For these reasons, I ask that the Court set a conference date. I am out of my office the week of January 24, 2022, and therefore respectfully ask that the Court not set a date during that week. I have advised the government of the situation.

Respectfully submitted,

_____/s/_____
Stephanie Carvlin

cc: Cecilia E. Vogel (via ECF)

The application is **GRANTED.** A telephone status conference is set for 2/1/22 at 9 a.m. The parties should contact the Court at 1-888-363-4749 on the time and date specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information. So Ordered.

*/s/ Andrew L. Carter*

**1/25/22**