5

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-1-22

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
:
UNITED STATES OF AMERICA              :
:
-against-               :          **ORDER**
:
:
Darnell Feagins,                :          20-CR-218 (ALC)
:          _____
:          Docket #
------------------------------------x

Andrew L. Carter, Jr.
_____, **DISTRICT JUDGE:**
   Judge's Name

The C.J.A. attorney assigned to this case
Stephanie Carvlin
_____ is hereby ordered substituted
   Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to  Jill Shellow
                      _____, NUNC-PRO-TUNC  1/25/22  .
                         Attorney's Name

                          SO ORDERED.
                          /s/ Andrew L. Carter
                          _____
                          **UNITED STATES DISTRICT JUDGE**


**Dated:   New York, New York**
         2/1/22