UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA         :

                                                :      **NOTICE OF APPEARANCE**

        -against-                  :

                                                  Dkt. No. 20 CR 218 (ALC)

DARNELL FEAGINS,                 :

                      Defendant.         :

-------------------------------------------------------

       PLEASE TAKE NOTICE that JILL R. SHELLOW, ESQ., an attorney duly admitted to practice before this Court, hereby appears as co-counsel, pursuant to the Criminal Justice Act, for defendant DARNELL FEAGINS in the above-captioned action.

Dated:       White Plains, New York
                February 2, 2022

                                          JILL R. SHELLOW
                                          15 Chester Avenue
                                          White Plains, NY  10601
                                          Tel:    (212) 792-4911
                                          Fax:   (212) 792-4946
                                          Email: jrs@shellowlaw.com

                                          By: _____/s/_____
                                                 Jill R. Shellow

                                          *Attorney for Defendant Darnell Feagins*