USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/10/22_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
UNITED STATES OF AMERICA,

       20 Cr. 218 (ALC)

**ORDER**

   -against-

DARNELL FEAGINS,

----------------------------------------------------------X
ANDREW L. CARTER, JR., District Judge:

   The change of plea hearing scheduled for February 17, 2022 is adjourned without a date.

SO ORDERED.

Dated: New York, New York
       February 10, 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE