# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue  /  White Plains, NY  10601

July 13, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/21/22__

**BY EMAIL AND ECF**
The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007
ALCarterNYSDChambers@nysd.uscourts.gov

RE:   *United States v. Darnell Feagins, 20-cr-218 (ALC)*

Dear Judge Carter:

    I represent Darnell Feagins. Your Honor directed the parties to report to the Court on Mr. Feagins' decision about whether to accept the Government's plea offer by Monday, July 11 and at my request extended the deadline until today. I met with Mr. Feagins yesterday at the MDC. Mr. Feagins directed me to inform Your Honor that he has not decided about the plea offer and that he wants a new lawyer. I am his third court appointed lawyer, and my understanding is that he is prepared to make a decision once he has a new lawyer. Accordingly, I respectfully request an in-person conference with Your Honor at the Court's earliest convenience and agree to exclude time for purposes of the Speedy Trial calculation until that date.

    Thank you for your consideration.

Respectfully submitted,

*/s/ Jill R. Shellow*

Jill R. Shellow

cc:   AUSA Cecilia Vogel (by email)
      Darnell Feagins (by legal mail)

> A status conference is set for July 27, 2022 at 2:30 p.m.
> Time excluded from 7/13/22 to 7/27/22 in the interest of justice.
> So Ordered.
>
> */s/ Andrew L. Carter*   7/13/22

Admitted:  NY, CT, DC