UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

United States of America,

                                      **ORDER**
                                      20-CR-218 (ALC)

        -against-

Darnell Feagins,

-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

    The Status Conference scheduled for July 27, 2022 at 2:30 p.m. is adjourned to 2:45 p.m.

    SO ORDERED.

Dated: New York, New York
       July 25, 2022

                                              _/s/ Andrew L. Carter, Jr._
                                              ANDREW L. CARTER, JR.
                                              UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-25-22