USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-8-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

     -against-                          20-CR-218 (ALC)

DARNELL FEAGINS,                 **ORDER**

                Defendant.

-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

A Change of Plea hearing is scheduled for **August 11, 2022** at **12:30 p.m.**

SO ORDERED.

Dated:     New York, New York
            August 8, 2022

                                              ANDREW L. CARTER, JR.
                                              United States District Judge