**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 9, 2022

**BY ECF**
Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/22/22__

Re:   *United States* v. *Darnell Feagins*, No. 20 Cr. 218 (ALC)

Dear Judge Carter:

    Trial in this case is currently scheduled for January 9, 2023. The parties respectfully request to adjourn the trial to the week of February 27 or March 6, 2023. The Government estimates that the Government's case will be approximately three days. The Government requests to adjourn the trial date because the case agent, whom the Government expects to call to testify as a witness at trial, is the case agent on another trial before the Honorable Richard M. Berman, in *United States v. Robert Hadden*, No. 20 Cr. 468, scheduled to begin January 9, 2023, and expected to last approximately four weeks. The defendant joins in the request to adjourn the trial in order to allow the defendant additional time to prepare a defense.

    The Government additionally respectfully requests that the Court exclude time under the Speedy Trial Act from today until the date of the trial, pursuant to 18 U.S.C. § 3161(h)(7). The ends of justice served by a continuance until that date outweigh the best interest of the public and the defendant in a speedy trial because the continuance will permit the defendant additional time to prepare for trial. The defendant concurs with this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _/s/ Cecilia Vogel_
Cecilia E. Vogel
Assistant United States Attorney
(212) 637-1084

cc: Jill Shellow, Esq. (by ECF)

The application is **GRANTED**. Jury Selection and Trial adjourned to February 27, 2023 at 9:30 a.m. Time excluded from 9/9/22 to 2/27/23 in the interest of justice. So Ordered.

_/s/ Andrew L. Carter_   9/9/22