M8B7FEAP

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                             20 Cr. 218

DARNELL FEAGINS,



                 Defendant.
                                           Plea
------------------------------x

                                           New York, N.Y.
                                           August 11, 2022
                                           12:35 p.m.
```

Before:

                HON. ANDREW L. CARTER, JR.,

                                           District Judge

                            APPEARANCES

DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York
BY: CECILIA E. VOGEL
        Assistant United States Attorney

LAW OFFICES OF JILL R. SHELLOW
    Attorney for Defendant
BY: JILL R. SHELLOW

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

M8B7FEAP

1               (Case called; appearances noted)

2               THE COURT:  Okay.  Good afternoon.  What's the status
3     of this matter?

4               MS. VOGEL:  Your Honor, we were scheduled for a plea,
5     but defense counsel has just informed me that the defendant
6     does not want to proceed.  So it looks like we will be
7     proceeding to trial, as your Honor previously scheduled.

8               And I just want to make clear for the record, I had
9     said this to the defense counsel before, the defendant is
10    currently charged in one count of possession of child
11    pornography.  The government does intend, if the case proceeds
12    to trial, to supersede, to add a receipt charge to child
13    pornography, which does carry increased penalties, including
14    increased mandatory minimum.

15              I have told this to defense counsel and prior defense
16    counsel that that is the government's intention if the case
17    proceeds to trial.

18              THE COURT:  Okay.  Hold on just a second.

19              Okay.  We're adjourned.  Thank you.

20              (Adjourned)

21

22

23

24

25