5

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-17-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
       -against-                    :         **ORDER**
                                    :
                                    :
Darnell Feagins                     :         20-CR-218 (ALC)
                                    :         _____
                                    :         Docket #
------------------------------------x


Honorable Andrew L. Carter, Jr.
_____, **DISTRICT JUDGE:**
        Judge's Name

The C.J.A. attorney assigned to this case
Jill Shellow
_____ is hereby ordered substituted
        Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to  Zachary Margulis-Ohnuma
                      _____, NUNC-PRO-TUNC _____.
                              Attorney's Name

                         SO ORDERED.

                         _____
                         **UNITED STATES DISTRICT JUDGE**


Dated:   New York, New York
         11/16/22