```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC#: _____
UNITED STATES DISTRICT COURT                        DATE FILED: 12-9-22
SOUTHERN DISTRICT OF NEW YORK
```

------------------------------------ x

UNITED STATES OF AMERICA

        - v. -

DARNELL FEAGINS,

        Defendant.

------------------------------------ x

**ORDER**

20 Cr. 218 (ALC)

WHEREAS, with the defendant Darnell Feagins' consent, his guilty plea allocution was made before a United States Magistrate Judge on December 8, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant Darnell Feagins entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant Darnell Feagins' guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
            December 9, 2022

                                                    THE HONORABLE ANDREW L. CARTER JR.
                                                    UNITED STATES DISTRICT JUDGE
                                                    SOUTHERN DISTRICT OF NEW YORK