USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-9-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                       **ORDER**
                                       20-CR-218 (ALC)

          -against-

**Darnell Feagins,**
-----------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

    A Sentencing is set for **March 9, 2023** at **2:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       December 9, 2022

                                            _/s/ Andrew L. Carter, Jr._
                                            ANDREW L. CARTER, JR.
                                            UNITED STATES DISTRICT JUDGE