```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-21-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                              Plaintiff,

        -against-                                    20-CR-218 (ALC)

DARNELL FEAGINS,                      **ORDER**

                              Defendant.

-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

    The Sentencing scheduled for April 6, 2023 is adjourned to **June 1, 2023** at **2:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            March 21, 2023

                                        _____
                                        ANDREW L. CARTER, JR.
                                        United States District Judge