UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                                 **ORDER**
                                                 20-CR-218 (ALC)

              -against-

Darnell Feagins,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

       The sentencing scheduled for June 1, 2023 is adjourned to **June 15, 2023** at **3:30 p.m.**

     **SO ORDERED.**

Dated: New York, New York
         May 8, 2023

                                              **ANDREW L. CARTER, JR.**
                                              **UNITED STATES DISTRICT JUDGE**