UNITED STATES SENTENCING COMMISSION
# INTERACTIVE DATA ANALYZER

**DEFENDANT'S EXHIBIT**

**Feagins-E**

| HOME | MAJOR CRIME TYPES | SENTENCING OUTCOMES | **GUIDELINE APPLICATION** | METHODOLOGY |

Sentences Relative to Guideline Range | Criminal History | Sentencing Table

## Sentence Imposed Relative to Guideline Range
Fiscal Year 2015,2016,2017,2018,2019,2020,2021

**Demographics**
- Race --Select--
- Gender --Select--
- Age --Select--
- Citizenship --Select--
- Education --Select--

Clear Filter

**Crime Type**
- Crime Type --Select--

Clear Filter

**Primary Guideline**
- Guideline §2G2.2

Clear Filter

**Drug Type**
- Drug --Select--

Clear Filter

**Criminal History**
- Category --Select--
- Career Offender Status --Select--

Clear Filter

| Sentence Range | 2015 N | 2015 % | 2016 N | 2016 % | 2017 N | 2017 % | 2018 N | 2018 % | 2019 N | 2019 % | 2020 N | 2020 % | 2021 N | 2021 % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grand Total | 50 | 100.0% | 41 | 100.0% | 30 | 100.0% | 27 | 100.0% | 39 | 100.0% | 9 | 100.0% | 21 | 100.0% |
| Within Range | 4 | 8.0% | 3 | 7.3% | 4 | 13.3% | 4 | 14.8% | 10 | 25.6% | 1 | 11.1% | 2 | 9.5% |
| Non-Govt Downward Departure | 6 | 12.0% | 3 | 7.3% | - | - | 1 | 3.7% | 1 | 2.6% | - | - | - | - |
| Downward Variance Govt Motion | - | - | 2 | 4.9% | 3 | 10.0% | 5 | 18.5% | - | - | 2 | 22.2% | 1 | 4.8% |
| Non-Govt Downward Variance | 40 | 80.0% | 33 | 80.5% | 23 | 76.7% | 17 | 63.0% | 28 | 71.8% | 6 | 66.7% | 18 | 85.7% |

[Export]

The table includes the 217 cases reported to the Commission. Certain analyses are not presented in the table when the number of offenders falls below a minimum threshold. Cases missing information necessary to complete the analysis were excluded from this table.
Upward Departure include cases in which the sentence imposed was above the applicable guideline range and for which the court cited a reason on Part V of the Statement of Reasons form, other than §5K1.1 or §5K3.1.
Downward Departure include cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part V of the Statement of Reasons form, other than §5K1.1 or §5K3.1, and where the prosecution did not initiate, propose, or stipulate to the sentence.
Variance include cases in which the sentence imposed was above the applicable guideline range and for which the court cited a reason on Part VI of the Statement of Reasons form or cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part VI of the Statement of Reasons form, and where the prosecution initiated, proposed, or stipulated to the sentence or cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part VI of the Statement of Reasons form, or where no reason was given, and where the prosecution did not initiate, propose, or stipulate to the sentence. .