USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-9-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

United States of America,

                                  **ORDER**

                                20-CR-218 (ALC)

       -against-

**Darnell Feagins,**
----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the Court's calendar, the sentencing scheduled for June 15, 2023 is adjourned to **June 22, 2023** at **3:30 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       June 9, 2023

                                          _____
                                          ANDREW L. CARTER, JR.
                                          UNITED STATES DISTRICT JUDGE